


BILL LOCKYER, Attorney General
 of the State of California
ROBERT R. ANDERSON
 Chief Assistant Attorney General
FRANCES T. GRUNDER
 Senior Assistant Attorney General
MONICA N. ANDERSON
 Supervising Deputy Attorney General
DAVID A. CARRASCO, State Bar No. 160460
 Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-1938
  Fax: (916) 324-5205
  E-mail: David.Carrasco@doj.ca.gov

Attorneys for Defendants
Ramirez-Palmer and Nettleton
SA2003104183

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY GORDON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RAMIREZ-PALMER, et al.,<br><br>　　　　　　　Defendants. | No. CIV S-02-2454 GEB GGH P<br><br>**ORDER GRANTING REQUEST TO MODIFY SCHEDULE**<br><br>Fed. R. Civ. P. 6 |

　　　　　Defendants' request to modify the scedule was considered by this Court, and good cause appearing, the schedule shall be modified as follows:

　　　　　(1) Defendants shall have until August 31, 2005, or until one month after the quarantine is terminated, whichever is later, to take Plaintiff's deposition;

　　　　　(2) the deadline for filing motions, except motions to compel discovery, shall be December 31, 2005;

/ / /

(3)  Plaintiff shall file his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before January 30, 2006, and Defendants shall file their pretrial statement by February 15, 2006;

(4)  the (file only) pretrial conference (as described in Local Rule 16-282) shall be set for March 15, 2006, before the magistrate judge; and

(5)  the jury trial shall be set for May 16, 2006.

**IT IS SO ORDERED.**

Dated: 5/13/05                               /s/ Gregory G. Hollows
                                             _____
                                             MAGISTRATE JUDGE

gord2454.eot05