IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY GORDON,

      Plaintiff,                    No. CIV S- 02-2454 GEB GGH P

   vs.

ANNA M. RAMIREZ-PALMER,
Warden, et al.,

      Defendants.         <u>ORDER</u>
_____/

       Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff filed a "motion for temporary restraining order" on March 2, 2005 and "motion for protective order and motion to compel...." on April 6, 2005, alleging that he has been denied access to his personal property and adequate law library access as well as pen and paper supplies. Defendants must file their response within 20 days.

       IT IS SO ORDERED.

DATED: 6/24/05

                                                   /s/ Gregory G. Hollows

                                                  _____
                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:009
gord2454.rsp

1