IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GORDON,<br><br>                              Plaintiff,<br><br>           v.<br><br>ANA M. RAMIREZ-PALMER, Warden, et al.,<br><br>                              Defendants. | Case No. 2:02-cv-2454 GEB GGH P<br><br>**ORDER VACATING PRETRIAL AND TRIAL DATES** |

The Court has considered defendants' motion to vacate pretrial and trial dates and good cause appearing,

IT IS ORDERED that the pretrial and trial dates shall be vacated pending a decision on defendants' motions for summary judgment, and these dates shall be rescheduled, if need be, after a decision is made on the motion.

Dated: 2/13/06         /s/ Gregory G. Hollows
                                       _____
                                       UNITED STATES MAGISTRATE JUDGE

gord2454.po.wpd