IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY GORDON,

        Plaintiff,                         No. CIV S-02-2454 GEB GGH P

    vs.

ANNA M. RAMIREZ-PALMER,
Warden, et al.,

        Defendants.              ORDER

_____/

        Plaintiff has requested a twenty-day extension of time to file his objections to the August 11, 2006 findings and recommendations. Plaintiff's objections were due on August 31, 2006, the day upon which plaintiff indicates the law library will re-open, having been closed during a lockdown period from August 17, 2006 until August 26, 2006..

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 5, 2006[1] request for an extension of time is granted; and

        2. Plaintiff is granted a twenty-day extension of time, that is, until September 20, 2006, in which to file his objections to the August 11, 2006 findings and recommendations; and

\\\\\

---

[1] Per the mailbox rule, the request was filed on August 28, 2006.

3. There will be no further extension of time.

DATED: 9/12/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
gord2454.36